| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE:  JAMES ORENSTEIN<br>         U.S. MAGISTRATE JUDGE | DATE:  8/10/2012<br>TIME:  1:00 p.m. |

*Tamara Burduli v. New York City, et al.*
12-CV-0378 (JBW) (JO)

TYPE OF CONFERENCE: Settlement

APPEARANCES:   Plaintiff      Jesse M. Siegel (counsel), Tamara Burduli (client)

               Defendants     Carolyn K. Depoian

SCHEDULING: A telephone conference will be held on September 10, 2012, at 12:30 p.m.

THE FOLLOWING RULINGS WERE MADE: The parties agreed to settle the case. If they file a stipulation of dismissal no later than September 6, 2012, I will cancel the conference scheduled above; otherwise, I direct the plaintiff's counsel to initiate the telephone conference call.

SO ORDERED

/s/
JAMES ORENSTEIN
U.S. Magistrate Judge

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 15 2012 ★
BROOKLYN OFFICE

*[Handwritten notation]: If the settlement is not consummated So Ordered / Close the case, judgment to appear / JW 8/14/12*

